# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PARIS CHERER,

    Plaintiff,

vs.

SUE FLAHERTY, et al.,

    Defendants.

Case No. 2:06-CV-00491-PMP-(GWF)

**ORDER**

    Plaintiff, who is a prisoner in custody at the Las Vegas Detention Center, see 28 U.S.C. § 1915(h), has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (#1).  He did not submit an Application to Proceed in Forma Pauperis along with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, nor did he pay the filing fee.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice to Plaintiff's commencement of a new action in which he either pays the filing fee of three hundred fifty dollars ($350.00) in full or submits a complete Application to Proceed in Forma Pauperis, accompanied by a signed financial certificate and a statement of his inmate account.  The Clerk of the Court shall enter judgment accordingly.

    DATED this 9th day of May, 2006.

_____
PHILIP M. PRO
Chief United States District Judge